Ibrahim **NAOFAL**, a.k.a. Ibrahim Noufal, Petitioner,

v.

Michael B. **MUKASEY**, Respondent.

No. 08–71852.

United States Court of Appeals, Ninth Circuit.

Submitted July 12, 2011.*

Filed July 19, 2011.

Marc Jason Wigul, Law Offices of Marc J. Wigul, Encino, CA, for Petitioner.

Jesse Lloyd Busen, Nehal Kamani, Emily Anne Radford, U.S. Department of Justice, Washington, DC, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: SCHROEDER, ALARCÓN, and LEAVY, Circuit Judges.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Ibrahim Naofal, a native and citizen of Syria, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's decision denying his application for withholding of removal. We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence factual findings, *Santos–Lemus v. Mukasey*, 542 F.3d 738, 742 (9th Cir.2008), and we deny the petition for review.

Substantial evidence supports the agency's finding that Naofal failed to demonstrate the beating he endured was on account of a protected ground, including his religion. *See INS v. Elias–Zacarias*, 502 U.S. 478, 481 n. 1, 112 S.Ct. 812, 117 L.Ed.2d 38 (1992) (to reverse the agency's finding "we must find that the evidence not only *supports* that conclusion, but *compels* it") (emphasis in original); *see also Parussimova v. Mukasey*, 555 F.3d 734, 740–41 (9th Cir.2009) ("[t]he Real ID Act requires that a protected ground represent 'one central reason' for an asylum applicant's persecution"). Accordingly, Naofal's withholding of removal claim fails. *See Ochoa v. Gonzales*, 406 F.3d 1166, 1172 (9th Cir.2005).

**PETITION FOR REVIEW DENIED.**

